THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant, *v.* MICHAEL J. WALSH, Acting Comptroller of the State of New York, et al., Respondents. (Sterling Creek Case.)

SAME, Appellant, *v.* SAME, Respondent. (Fox Ridge Case.)

(Submitted May 11, 1914; decided May 15, 1914.)

Motions for re-argument denied. (See 211 N. Y. 90, 509.)